MARY E. STRONG, Respondent, *v.* EMMA GOOGINS, Appellant.

*Strong* v. *Googins*, 104 App. Div. 631, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of a contract for the exchange of two parcels of real property.

*Franklin Bien* for appellant.

*Allen McCulloh* and *Henry Hill Pierce* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.

---

JAMES BARNES, Respondent, *v.* NEW YORK ELECTRIC VEHICLE TRANSPORTATION COMPANY, Appellant.

*Barnes* v. *N. Y. El. Vehicle Transp. Co.*, 103 App. Div. 609, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries and injuries to property alleged to have been occasioned through defendant's negligence.

*Eugene Lamb Richards, Jr.,* and *Ralph G. Miller* for appellant.

*Julien T. Davies, Jr., Ward W. Pickard* and *George W. McAdam* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.